Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

2008 APR 14  PH 2: 20

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2008

FILED
CLERK'S OFFICE

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  /S/Jennifer Smolinski
Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION**

MDL No. 1909

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for
the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such
actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of Ohio and assigned to Judge
Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern
District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that
court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be
stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**A CERTIFIED TRUE COPY**

APR - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS**
**LIABILITY LITIGATION**

MDL No. 1909

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                          **CASE CAPTION**

ARKANSAS EASTERN
   ARE  4  08-179                  Debra Penney Pilkington, et al. v. General Electric Co., et al.

CALIFORNIA NORTHERN
   CAN  3  08-1298                 William Paschal, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.
   CAN  3  08-1367                 Orellene Seabold v. Bayer Healthcare Pharmaceuticals, Inc., et al.
   CAN  3  08-1368                 Amy Osborn, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.
   CAN  3  08-1369                 Montie Beckwith, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.

KANSAS
   KS  2  08-2103                   Chester Dlugopolski, II v. General Electric Co., et al.

LOUISIANA EASTERN
   LAE  2  08-1231                  Newman Benoit, etc. v. General Electric Co., et al.

PENNSYLVANIA EASTERN
   PAE  2  08-1227                  Shuin-Lin Yang, M.D., et al. v. General Electric Co., et al.

TEXAS EASTERN
   TXE  1  08-131                   Richard Hudson, et al. v. General Electric Co., et al.